IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02503-WDM-MEH

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

STARWOOD CONSTRUCTION, INC., and
KERRY LEE HANKE,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2010.**

Plaintiff's Motion to Amend/Modify Scheduling Order and Extend Deadlines [filed April 30, 2010; docket #14] is **granted**. Although Plaintiff's Counsel represents the parties were initially unable to agree on the length of the requested extensions, the Court finds that the extensions requested in Plaintiff's motion are reasonable. Accordingly, the dates and deadlines in this matter are modified as follows; all other dates and deadlines remain the same:

| | |
|---|---|
| Plaintiff's initial expert designations | May 31, 2010 |
| Defendants' initial expert designations | July 2, 2010 |
| Plaintiff's rebuttal expert designations | August 2, 2010 |
| Discovery Cut-off | September 3, 2010 |
| Dispositive Motion Deadline | October 4, 2010 |