IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02503-WDM-MEH

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

STARWOOD CONSTRUCTION, INC., and
KERRY LEE HANKE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2010.**

      The Expedited Stipulated Motion to Cancel Settlement Conference [filed May 4, 2010; docket #17] is **granted**. The Settlement Conference scheduled for May 7, 2010 is **vacated**. The Court invites the parties to contact my Chambers at (303) 844-4507 to obtain an alternate for the conference if the parties determine that it would be productive to do so.