IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

STARWOOD CONSTRUCTION, INC. AND
KERRY LEE HANKE,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the Unopposed Motion for Interdivision Transfer of Pretrial and Trial Matters (ECF No. 36).  The motion seeks to have pretrial matters administered from Grand Junction as well as trial to occur in that city.  This court maintains its presence there through Magistrate Judge Gudrun J. Rice.  Grand Junction is not a statutorily designated "division" of this court but rather a place where court may be held.  28 U.S.C. § 85.  However, at this juncture, it appears that it would be most efficient and convenient for pretrial matters to be conducted under the auspices of Magistrate Judge Rice in Grand Junction.

    Accordingly, it is ordered:

    1.  Defendants' unopposed motion (ECF No. 36) is granted in part and denied in part;

    2.  The referral of this matter to Magistrate Judge Michael E. Hegarty is

Case 1:09-cv-02503-WYD-GJR   Document 49   Filed 12/01/10   USDC Colorado   Page 2 of 2

withdrawn and the matter shall be referred to Magistrate Judge Gudrun Rice for all matters except dispositive motions;

      3.  The motion to set trial in Grand Junction is denied without prejudice to later determination a the time of trial setting; and

      4.  The motion is otherwise denied.

      DATED at Denver, Colorado, on December 1, 2010.

BY THE COURT:

s/ Walker D. Miller  
United States Senior District Judge

PDF FINAL    2