IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

STARWOOD CONSTRUCTION, INC., AND
KERRY LEE HANKE,

     Defendants.

_____

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

_____

     Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Gudrun J. Rice is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(  )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)    Conduct a pretrial conference and enter a pretrial order.

     It is ORDERED, that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov.  These govern all proceedings in my court and indicate what my expectations are.**

DATED at Denver, Colorado on December 1, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge