IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

STARWOOD CONSTRUCTION, INC.,
KERRY LEE HANKE,

    Defendants.

---

## NOTICE OF DISMISSAL OF COUNT II ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal as to Count II in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, Count II of complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 13, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL