IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.  09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

      Plaintiff,

vs.

STARWOOD CONSTRUCTION, INC., and
KERRY LEE HANKE,

      Defendants.

## ORDER SETTING STATUS CONFERENCE

The above captioned matter has been referred to the undersigned Magistrate Judge by the Honorable Walker D. Miller by Order of Reference dated December 01, 2010. (Doc. 50)

Accordingly, the Final Pretrial Conference set for March 8, 2011 at 9:45 a.m. before Magistrate Judge Michael E. Hegarty is **VACATED**.

This matter is set for a Telephonic Status/Scheduling Conference before Magistrate Judge Gudrun J. Rice on February 10, 2011 at 9:45 a.m. for the purpose of scheduling:

    1.    Settlement Conference

    2.    Pretrial Conference

before the undersigned Magistrate Judge at the U.S. District Court in Grand Junction, Colorado.

The parties are asked to conference call the Court at 970.241.2187 the Plaintiff is to initiate the conference call.

DATED at Grand Junction, Colorado, this 3rd day of February, 2011.

                              BY THE COURT:

                              s/ Gudrun J. Rice

                              _____
                              Gudrun J. Rice
                              United States Magistrate Judge