IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.  09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

STARWOOD CONSTRUCTION, INC., and
KERRY LEE HANKE, and
DIANE K. HANKE,

    Defendants.

## ORDER RE: AMENDMENT TO SCHEDULING ORDER

Extensions are **ORDERED** as follows:

Answer to Amended Complaint no later than March 09, 2011.

Additional discovery due sixty (60) days from date of filing of answer to Amended Complaint.

Dispositive Motions and Daubert Motions due sixty (60) days from date of filing of answer to Amended Complaint.

Pretrial Conference set for June 06, 2011 at 9:30 a.m. in Grand Junction, Colorado. Preliminary Pretrial Conference Order shall be submitted no later than May 31, 2011.

The Hanke Defendants will be personally present.  The adjuster with full authority to settle will be available by phone.  The Court will be available for settlement conference should parties so request, at the time of the Pretrial Conference.

DATED at Grand Junction, Colorado, this 11th day of February, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge