IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

STARWOOD CONSTRUCTION, INC.,
KERRY LEE HANKE AND
DIANE K. HANKE,

    DefendantS.

---

## NOTICE OF PARTIAL DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Partial Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, Count II of the amended complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 8, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL