IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02503-WDM-GJR

HOME DESIGN SERVICES, INC.

Plaintiff,

v.

STARWOOD CONSTRUCTION, INC.,
KERRY LEE HANKE, and DIANE K. HANKE,

Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Voluntary Dismissal with Prejudice filed August 31, 2011, it is hereby

ORDERED that all claims against Defendants Starwood Construction, Inc, Kerry Lee Hanke, and Diane Hanke are **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

Dated:  August 31, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE